JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

SUSAN R. JERICH (CSBN 188462)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7158
    Facsimile: (415) 436-6982
    Email: susan.jerich@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No.: CR 04-253 PJH |
|     Plaintiff,  ) | PARTIES' STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING DATE FOR CHANGE OF PLEA |
| v.  ) | |
| JOSEF GRAZIANI,  ) <br>   a/k/a "Joe"  ) <br>   a/k/a Tony Perez  ) | |
|     Defendant.  ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

1. The defendant initially appeared before this court on October 8, 2008. The matter was continued to October 29, 2008 for status.

2. Due to the unavailability of government counsel on October 29, 2008, the parties agreed to continue the matter until November 19, 2008 for change of plea.

3. It is therefore the request of both parties that the matter be continued until November 19,

// //

// //

// //

STIPULATION AND PROPOSED ORDER
CR 04-253 PJH

1 | 2008 for change of plea.

2 |    SO STIPULATED.

3 | DATED: November 7, 2008          Respectfully Submitted,

                                         _/s/_____
                                         SUSAN R. JERICH
                                         Assistant United States Attorney

DATED: November 7, 2008

                                         _/s/_____
                                         RITA BOSWORTH
                                         Counsel for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 11/10/08                   _____
                                   HON. PHYLLIS J. HAMILTON
                                   Chief Judge, United States District Court

*[Seal: United States District Court Northern District of California. Stamp: IT IS SO ORDERED, Judge Phyllis J. Hamilton]*

1 | 2008 for change of plea.
2 | SO STIPULATED.
3 | DATED: November 7, 2008                      Respectfully Submitted,

/s/

SUSAN R. JERICH
Assistant United States Attorney

DATED: November 7, 2008

/s/

RITA BOSWORTH
Counsel for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:

HON. PHYLLIS J. HAMILTON
Chief Judge, United States District Court

STIPULATION AND PROPOSED ORDER
CR 04-253 PJH                                    2